# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2225
LT Case No. 16-2010-CF-9956-A

_____

MARCUS O'NEAL JENKINS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Marcus O'Neal Jenkins, Perry, pro se.

James Uthmeier, Attorney General, and Heather Flanagan
Ross, Assistant Attorney General, Tallahassee, for Appellee.

October 23, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and HARRIS, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————